USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRITTANY WRIGHT, an individual,

Plaintiff,

v.

KELLER WILLIAMS REALTY, LLC, et al.,

Defendants.

Case No.: 1:25-cv-08962-DEH-SN

**JOINT STIPULATION TO ALLOW FILING OF FIRST AMENDED COMPLAINT AND DISMISSAL OF KELLER WILLIAMS REALTY, LLC**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff Brittany Wright, and Defendant Keller Williams Realty LLC ("Keller Williams"), by and through their undersigned attorneys, jointly stipulate and agree as follows:

1. Plaintiff filed the Complaint in this action on October 29, 2025, asserting claims arising from the alleged unauthorized use of Plaintiff's copyrighted photography ("Subject Photography").
2. Since the filing of the Complaint, and following investigation and informal discovery between the parties, the parties have taken discovery to confirm the entity responsible for the exploitation of the Subject Photography at issue in this action is Press Like LLC, and not Keller Williams.
3. To ensure that the claims and defenses asserted in this action accurately reflect this information, the parties agree that Plaintiff should be permitted to file a First Amended Complaint naming Press Like LLC as an additional defendant, in the form attached hereto as **Exhibit A**, together with a redline comparison against the operative Complaint attached hereto as **Exhibit B**, as required by Section 1(e) of the Individual Rules and Practices in Civil Cases of Judge Dale E. Ho.
4. Following the Court's order approving this stipulation, Plaintiff shall promptly file the First Amended Complaint attached as Exhibit A, and shall effect service on the newly named Defendant Press Like LLC, in accordance with Fed. R. Civ. P. 4.
5. Defendant Keller Williams Realty LLC does not oppose, and consents to, the filing of the First Amended Complaint.
6. Promptly upon Plaintiff's filing of the First Amended Complaint, the parties agree that Defendant Keller Williams Realty LLC shall be dismissed from this action without prejudice,

and respectfully request that the Court so order below.

IT IS SO STIPULATED that, subject to the Court's approval, Plaintiff shall file its First Amended Complaint, a copy of which is attached here as **Exhibit A** and Keller Williams shall be dismissed from the action without prejudice.

**SO STIPULATED.**

Respectfully submitted,

Dated: August 3, 2026
New York, New York

By: */s/ Alexandra Licitra*
Alexandra Licitra, Esq.
DONIGER / BURROUGHS
247 Water Street, First Floor
New York, New York 10038
Telephone: (310) 590-1820
alicitra@donigerlawfirm.com
*Attorney for Plaintiff Brittany Wright*

By: */s/ Johanna Schmitt*
Johanna Schmitt, Esq.
NORTON ROSE FULBRIGHT US, LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Tel: (212) 318-3000
johanna.schmitt@nortonrosefulbright.com
*Attorney for Defendant Keller Williams Realty LLC*

The parties' request is GRANTED. Plaintiff shall file the First Amended Complaint by no later than Friday, August 7, 2026, and shall promptly effectuate service on the newly named Defendant Press Like LLC in accordance with Rule 4 of the Federal Rules of Civil Procedure.
**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

Dated: August 4, 2026
New York, New York