USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 11/13/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

**BRITTANY WRIGHT,**

**Plaintiff,**

**-against-**

**KELLER WILLIAMS REALTY, LLC, et al.,**

**Defendants.**

---------------------------------------------------------------X

**25-CV-08962 (DEH)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 11, 2026, Plaintiff filed the First Amended Complaint. ECF No. 32. As of November 13, 2026, Defendant Press Like, LLC has not made an appearance or otherwise answered. Furthermore, there is no proof of service on the docket. Plaintiff is directed to file proof of service or, in the alternative, indicate why this case should not be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) no later than Friday, November 20, 2026.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: November 13, 2026
New York, New York